AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**
▶ Francisco Cervantes Castellanos, a/k/a Aurelio Ayon Urvina

**DISTRICT COURT NUMBER**
CR 07 0784 MAG

PENALTY:
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70727 MEJ

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 12/7/2007

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 DEC 12 AM 11: 59

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO CERVANTES ) <br> CASTELLANOS, ) <br> a/k/a Aurelio Ayon Urvina, ) <br> ) <br> Defendant. ) <br> _____) | No. <br><br> VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor) <br><br> SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

On or about November 6, 2007, in the Northern District of California, the defendant,

FRANCISCO CERVANTES CASTELLANOS,
a/k/a Aurelio Ayon Urvina,

knowingly possessed an authentication feature, which was not an authentication feature issued lawfully for the defendant's use, to wit: a Social Security number (digits ending 7946), with the intent that such feature be used to defraud the United States, in that the defendant used said

//

INFORMATION

1 | Social Security number to apply for a United States Passport in the name of Aurelio Ayon Urvina,
2 | in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4 | DATED: 12/12/07                    SCOTT N. SCHOOLS
                                        United States Attorney
5
6
7                                      _____
                                       GREGG W. LOWDER
8                                      Chief, Major Crimes Section
9
10 | (Approved as to form: _____)
                            WENDY THOMAS
11                          Special Assistant United States Attorney

INFORMATION