CR 07-784

Version 7.0.1

12/27/2007 05:10 PM EDT

# Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | FRANCISCO CERVANTES CASTELLANOS | 510100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461101376 | 1 | PR | 25.00 | 12/19/2007 |

Case No. DCAN307CR000784   US VS FRANCISCO C. CASTELLANOS

Division Payment Total   25.00

Grand Total   25.00

$ 25.00
SPECIAL ASSESSMENT
PAID IN FULL
on 12/19/07

Page 1 of 1